UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                            Case No. 14-07342

    Kim L Japuntich

        Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 03/03/2014.

2)  The plan was confirmed on 06/20/2014.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 06/30/2015.

5)  The case was dismissed on 07/31/2015.

6)  Number of months from filing to last payment: 15.

7)  Number of months case was pending: 19.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted: $28,400.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,377.50 |
| Less amount refunded to debtor | $12.16 |
| **NET RECEIPTS:** | **$3,365.34** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,973.81 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $131.73 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,105.54** |

Attorney fees paid and disclosed by debtor:   $200.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICREDIT FINANCIAL DBA GM | Unsecured | 9,388.00 | 9,388.94 | 9,388.94 | 0.00 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | NA | 585.69 | 585.69 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 692.00 | 675.36 | 675.36 | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 641.00 | 833.30 | 833.30 | 0.00 | 0.00 |
| FAIRWAY FINANCIAL SERVICES | Unsecured | NA | 996.35 | 996.35 | 0.00 | 0.00 |
| FAIRWAY FINANCIAL SERVICES | Secured | 4,212.00 | 4,212.00 | 4,212.00 | 1,116.45 | 143.35 |
| INDIANA BELL TELEPHONE COMPAN | Unsecured | 262.00 | 262.47 | 262.47 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 389.00 | 389.94 | 389.94 | 0.00 | 0.00 |
| MIDWESTERN REGIONAL MEDICAL | Unsecured | 171.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| PERSONAL FINANCE COMPANY LLC | Unsecured | 2,145.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED DENTAL SOLUTIONS | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CONDELL MED CENTER | Unsecured | 10,187.00 | NA | NA | 0.00 | 0.00 |
| ALLSTATE INSURANCE | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| AMCA | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| AMERIPATH INDIANAPOLIS | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| ARBUCKLE J MD | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| BEST PRACTICES INPATIENT | Unsecured | 392.00 | NA | NA | 0.00 | 0.00 |
| VISTA MED CENTER EAST | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| WAUKEGAN CLINIC | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| WELLINGTON RADIOLOGY | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| PARK RIDGE ANESTHESIOLOGY | Unsecured | 1,375.00 | NA | NA | 0.00 | 0.00 |
| NAGAN ET AL | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| NARANG MD/AMERICAN COLLECTIO | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| NEWMAN DON DDS | Unsecured | 1,386.00 | NA | NA | 0.00 | 0.00 |
| NICOR | Unsecured | 243.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| NORTHSIDE ANESTH SERVICES | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST CARDIOLOGY | Unsecured | 467.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST RADIOLOGY ASSOC SC | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST RADIOLOGY NETWORI | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST MED FAC FOUNDATIOI | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| NWP SERVICES | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| NWR | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| OB & GYNE OF INDIANA | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| OKNER CARDIOLOGY | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| ORTHO INDY/MED SHIELD | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| QVC | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| ROBINSON C MD | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| ST VINCENT CARMEL HOSPITAL | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| ST VINCENT ER PHYS | Unsecured | 9.00 | NA | NA | 0.00 | 0.00 |
| ST VINCENT ME GROUP | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| ST VINCENT PHYS SERV | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| TRI COUNTY EMERGENCY PHYSICIA | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| VISTA IMAGING ASSOC | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| CARMEL PEDIATRICS | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| CARMEL SURG SPECIALISTS/GLA CC | Unsecured | 9,941.00 | NA | NA | 0.00 | 0.00 |
| CARMEL WOODS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HOSPITAL MCHENRY | Unsecured | 2,717.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ZION | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 238.00 | NA | NA | 0.00 | 0.00 |
| CRYSTAL LAKE ORAL AND MAXI | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| DAVIS S MD | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| DAVIS S MD | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| DEERBROOK MEDICAL ASSOCIATES | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| DISEASE OF IN DR IKERD/FFCC COLI | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| DRS ENG ZULL/DURHAM & DURHAM | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| DRS SHARMA FRANKLIN WROBEL/D | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| DRS WEISSLER HELWIG/DURHAM & | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| DUKE ENERGY | Unsecured | 173.00 | NA | NA | 0.00 | 0.00 |
| EBI | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| FIRST MERCHANTS BANK/CBE GROI | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| GEICO | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| GOOD SHEPHERD HOSPITAL | Unsecured | 13,899.00 | NA | NA | 0.00 | 0.00 |
| HEARTHLAND NEUROLOGY ASSOC | Unsecured | 209.00 | NA | NA | 0.00 | 0.00 |
| HERFF JONES | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| HVOSTIK G MD | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| IDES | Unsecured | 2,095.00 | NA | NA | 0.00 | 0.00 |
| INDIANA GASTRO | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| INDIANA PHYSIC MGMT/IMC CREDIT | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| INDIANA PHYSIC MGMT | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| INDIANA SPINE GROUP | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| INDIANA SPINE GROUP | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| IRELAND HIP & KNEE | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| KAZMI I MD | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY ANESTHESIOLOGIST: | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY SURGEONS | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LAKE FOREST HOSPITAL | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| LAKE MC HENRY PATHOLOGY ASSC | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| LSG | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| MACL | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| MED 1 SOLUTIONS | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL PAYMENT DATA/CMRE | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| MEDSHIELD | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| MERIDIAN SURGICAL GROUP/GLA C | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| METLIFE | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| MID AMERICA CLINICAL LABS | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| MIDWAY EMERG PHYS | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 1,944.00 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CENTER | Unsecured | 100.00 | 1,300.00 | 1,300.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $4,212.00 | $1,116.45 | $143.35 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$4,212.00** | **$1,116.45** | **$143.35** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$14,532.05** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,105.54 |
| Disbursements to Creditors | $1,259.80 |
| **TOTAL DISBURSEMENTS**: | **$3,365.34** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/02/2015                           By: /s/ Glenn Stearns
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**